

NUMBER 13-12-00614-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

MARCO A. RAMIREZ,                                                               Appellant,

v.

AMBROSIO HERNANDEZ, M. D.,                                          Appellee.

---

On Appeal from the 389th District Court
of Hidalgo County, Texas.

---

# ORDER

**Before Justices Rodriguez, Garza, and Benavides
Order Per Curiam**

This appeal was abated by this Court on December 9, 2013, due to an order appointing receiver for appellant. Since the abatement there has been no activity in this appeal.

The Court hereby orders the parties to file, within fourteen days of the date of this order, an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal.

Failure to respond to this order will result in reinstatement and dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b),(c).

It is so ORDERED.

PER CURIAM

Delivered and filed
the 12th day of May, 2015.